UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.  26-CR-20065-BLOOM/ELFENBEIN(SEALED)

UNITED STATES OF AMERICA,
         Plaintiff,

v.

Angelo Martino
         Defendant,

_____/

## WAIVER OF INDICTMENT

I, Angelo Martino, the above named defendant who is accused of **Conspiracy to Interfere with Commerce by Extortion**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 3/10/26, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Enjolique A. Lett
**UNITED STATES MAGISTRATE JUDGE**